ACCEPTED
06-14-00099-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
4/13/2015 10:38:04 AM
DEBBIE AUTREY
CLERK

No. 06-14-00099-CV

_____

IN THE COURT OF APPEALS
FOR THE SIXTH DISTRICT OF TEXAS AT TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
4/13/2015 10:38:04 AM
DEBBIE AUTREY
Clerk

**RICHARD PARKER**

**Appellant**

**v.**

**JOANN PARKER NEAL**

**Appellee**

_____

**On Appeal from the 276th District Court of Camp County
Robert Rolston, Judge Presiding**

_____

**APPELLEE'S NOTICE OF APPEARANCE OF COUNSEL
AND DESIGNATION OF LEAD COUNSEL**

_____

Appellee JoAnn Neal Parker has been represented in this appeal by her trial

counsel Lance Hinson.  Appellee will now also be represented in the Court of

Appeals by the following attorney:

Chad M. Ruback
State Bar No. 90001244
The Ruback Law Firm
8117 Preston Road
Suite 300
Dallas, Texas 75225
(214) 522-4243
(214) 522-2191 - facsimile
chad@appeal.pro

Accordingly, pursuant to Texas Rule of Appellate Procedure 6.2, Appellee requests that Chad M. Ruback be listed as Appellee's appellate counsel.

And, pursuant to Texas Rule of Appellate Procedure 6.1(b), Appellee designates the following attorney as her lead counsel on appeal: Chad M. Ruback, The Ruback Law Firm, 8117 Preston Road, Suite 300, Dallas, Texas 75225, (214) 522-4243, (214) 522-2191 facsimile, and chad@appeal.pro.

Appellee requests that her lead counsel on appeal, Chad M. Ruback, be given notice of all filings, settings, and rulings in this appeal.

Respectfully submitted,

/s/ Chad M. Ruback
Chad M. Ruback
State Bar No. 90001244
chad@appeal.pro
The Ruback Law Firm
8117 Preston Road
Suite 300
Dallas, Texas 75225
(214) 522-4243
(214) 522-2191 facsimile
chad@appeal.pro

## CERTIFICATE OF SERVICE

On April 13, 2015, I served a copy of this document to the following counsel for Appellant Richard Parker:

Tom S. McCorkle
403 W. Tyler Street
Gilmer, Texas 75644

/s/ Chad M. Ruback
Chad M. Ruback